IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RONALD C. PERKINS, JR., Individually
and as the Personal Representative of
THE ESTATE OF VELMA MARIE PERKINS                              PLAINTIFF

v.                         Civil No. 4:16-cv-04043

KAIMICHI RAILROAD COMPANY, LLC,
and JOHN DOES Numbers 1 through 5, inclusive                   DEFENDANTS

# ORDER

**BEFORE** the Court is the Motion to Quash or Modify Subpoenas and for Protective Order of Domtar A.W. LLC.[1]  ECF No. 15.  Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2005), United States District Judge Susan O. Hickey referred this Motion to the undersigned for decision.  The Court having reviewed the pleadings and based upon statements from counsel finds the Motion to Quash or Modify Subpoenas and for Protective Order of Domtar A.W. LLC (ECF No. 15), should be **DENIED AS MOOT.**

Following the filing of the Motion, counsel for all parties have informed the Court, by email, that all discovery matters at issue in the instant Motion have been resolved.  Based upon this, Domtar A.W. LLC no longer desires to pursue this Motion.

Accordingly, the Motion to Quash or Modify Subpoenas and for Protective Order of Domtar A.W. LLC (ECF No. 15) is **DENIED AS MOOT.**

**IT IS SO ORDERED** this **9th day of February 2017.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE

---

[1] Domtar A.W. LLC is not a party to this case, rather it was a subject of discovery requests from both parties.