IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RONALD C. PERKINS, JR.                                                                               PLAINTIFF

V.                              CASE NO. 4:16-CV-4043

KIAMICHI RAILROAD COMPANY, LLC,
and JOHN DOES 1-5                                                     DEFENDANTS

## **JUDGMENT**

In accordance with the Court's Order of even date, the Court finds that judgment should be entered in favor of Defendant Kiamichi Railroad Company, LLC. Accordingly, this action is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 18th day of December 2017.

                                                                              /s/ Susan O. Hickey
                                                                              Susan O. Hickey
                                                                              United States District Judge